**690-15**

# ELECTRONIC RECORD

COA # 10-14-00351-CR    OFFENSE: Poss of a Controlled Substance

STYLE: John Lamar Hawkins v. The State of Texas    COUNTY: McLennan

TRIAL COURT:    19th District Court _____
TRIAL COURT #:    2013-1924-C1 _____    _____ MOTION
TRIAL COURT JUDGE:    Hon. Ralph T. Strother    FOR REHEARING IS: _____
DISPOSITION:    AFFIRMED    DATE: _____
    JUDGE: _____

DATE:    4/30/2015 _____

JUSTICE:    Scoggins    PC ____    S   YES
PUBLISH: _____    DNP:   YES ____

CLK RECORD:    12/29/2014 _____    SUPP CLK RECORD: _____
RPT RECORD:    12/5/2014 _____    SUPP RPT RECORD: _____
STATE BR: _____    SUPP BR: _____
APP BR:    2/27/2015 _____    PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD    CCA # ___ **690-15**

\- - - - - - - - - - - - - - - - - - -

___ **PRO SE** ___ Petition    Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
___ Refused ___    JUDGE: _____
DATE: _10/28/2015_ _____    SIGNED: _____    PC: _____
JUDGE: _Per Curiam_ _____    PUBLISH: _____    DNP: _____

\- - - - - - - - - - - - - - - - - - -

_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____    _____ ON _____
JUDGE: _____    JUDGE: _____